UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ANGELO BECKETT, JR., | No. 2:18-cv-2655 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| S. BANAAG, | |
| Defendant. | |

Plaintiff is a state prisoner incarcerated at the California Men's Colony under the authority of the California Department of Corrections and Rehabilitation (CDCR). Plaintiff proceeds pro se and in forma pauperis with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. By order filed December 20, 2018, this court found that plaintiff's complaint states a cognizable Eighth Amendment claim against sole defendant S. Banaag for the use of excessive force. ECF No. 6. At the time of the alleged events defendant Banaag was a Correctional Supervising Cook at California State Prison Solano (CSP-SOL), where plaintiff was then incarcerated.

Attempted service of process on defendant Banaag has been unsuccessful. On January 16, 2019, less than three months after the complaint was filed, the court directed the United States Marshal to serve process on defendant Banaag. ECF No. 10. However, on July 22, 2019, the Marshal informed the court that service was not possible based on CDCR's representation that it was "unable to locate" defendant and that CDCR does "not have authorization to accept service." ECF No. 13 at 1. The court then directed CDCR to attempt to serve defendant Banaag under the

Court's E-Service Pilot Program for prisoner civil rights cases. ECF No. 14. On August 13, 2019, CDCR responded only that defendant was "unreachable – phone disconnected." ECF No. 17.

It appears that defendant is no longer, or was perhaps never, a CDCR employee. However, it is possible that defendant was employed by a company or agency that provides or provided food services to CDCR through an independent contract.[1] Because Mr. Banaag is the only defendant in this action, it is imperative that he be located and served if this case is to proceed. Therefore the court will make the following effort to obtain appropriate service information for defendant Banaag. If this effort proves futile, plaintiff must attempt to obtain defendant Banaag's current service information on his own, e.g., pursuant to a request under the California Public Records Act, Calif. Govt. Code § 6250 et seq.

The court requests that the Office of the California Attorney General assign an attorney to undertake an inquiry with CDCR, including its Office of Business Services, to: (a) identify defendant Banaag's employer on December 23, 2017 at California State Prison Solano (CSP-SOL); and (b) ascertain whether defendant Banaag continues to be employed by the same employer or, if not, the identity of defendant's current employer. If a business address for defendant if located, it shall be served on both plaintiff and the court. If only a personal address for defendant is located, it may be filed with the court pursuant to a sealing request and order. If, after a good faith inquiry, assigned counsel cannot ascertain a current address for defendant Banaag, s/he shall so inform plaintiff and the court in writing, setting forth the steps that were taken.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the California Attorney General is directed to undertake the inquiry described above, and to file and serve a response within twenty-one (21) days after the filing date of this order.

---

[1] CDCR lists "food" as a type of "CDCR Contracted Services & Goods." See https://www.cdcr.ca.gov/obs/services-goods-types/ CDCR provides detailed contact information for its Office of Business Services. See https://www.cdcr.ca.gov/obs/contact/

2. The Clerk of the Court is directed to serve a copy of this order on Supervising Deputy Attorney General Christopher Becker.

DATED: October 29, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE