IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**KEVIN ANGELO BECKETT, JR.,**

    Plaintiff,

  **v.**

**S. BANAAG,**

    Defendant.

Case No. 2:18-cv-02655 MCE AC P

[PROPOSED] ORDER

  CDCR has moved for the Court to review in camera, and file under seal, the Defendant's last known personal address for purposes of effecting service. Good cause appearing, IT IS HEREBY ORDERED that the motion, ECF No. 20, is GRANTED.

  IT IS SO ORDERED.

DATED: November 14, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE