| | |
|---|---|
| KEVIN ANGELO BECKETT, JR., | No. 2:18-cv-2655 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| S. BANAAG, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. By order filed July 31, 2019, this court found service of plaintiff's complaint appropriate for sole defendant S. Banaag. ECF No. 14. However, repeated attempts to serve process on defendant have been unsuccessful. Initially the court directed the United States Marshal (USM) to service process on defendant at his place of employment with the California Department of Corrections and Rehabilitation (CDCR), ECF No. 10, but this proved unsuccessful, ECF No. 13. Next the court directed CDCR to electronically serve process on defendant at his most recent place of CDCR employment, ECF No. 14, which was also unsuccessful, ECF No. 17. Finally, the court requested that the Office of the California Attorney General (AG) investigate and submit defendant's last known personal address, ECF No. 19, which the AG provided under seal, ECF No. 20-2. However, the USM's efforts to serve

////

1

process on defendant at his last known personal address were also unsuccessful, despite three attempts. ECF No. 25.

For this case to proceed, plaintiff must provide accurate information to serve defendant. Plaintiff may attempt to obtain such information through the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. The court has no other options for assisting plaintiff in this endeavor.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one USM-285 form.

2. Within sixty (60) days after the filing date of this order, plaintiff shall either:

    A. Complete and submit to the court the attached Notice of Submission of Documents, with one completed USM-285 form for defendant S. Banaag, which provides new and accurate information for serving process on defendant;

    OR

    B. Demonstrate in writing good cause why plaintiff cannot provide such information.

3. Failure to serve process on defendant within a reasonable period will result in a recommendation that this action be dismissed without prejudice. See Fed. R. Civ. P. 4(m).

DATED: January 30, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

|   |   |
|---|---|
| 1  | |
| 2  | |
| 3  | |
| 4  | |
| 5  | |
| 6  | |
| 7  | |
| 8  | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ANGELO BECKETT, JR., | No. 2:18-cv-2655 MCE AC P |
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| S. BANAAG, | |
| Defendant. | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

\_\_\_\_ One completed USM-285 form for defendant S. Banaag

_____   _____
Date                                                                          Plaintiff