UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ANGELO BECKETT, JR., <br><br> Plaintiff, <br><br> v. <br><br> S. BANAAG, <br><br> Defendant. | No. 2:18-cv-2655 MCE AC P <br><br><br> ORDER |

Plaintiff has filed a motion for extended time to submit the information necessary for the United States Marshal to serve process on defendant S. Banaag. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extended time, ECF No. 27, is GRANTED; and
2. Plaintiff shall submit the required service information on or before June 1, 2020.

DATED: March 30, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE